IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SHELIA LEWIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV00062 SWW |
| | * | |
| GRAPHIC PACKAGING | * | |
| INTERNATIONAL, INC., | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 15th day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE